**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7403**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

ERIC JUNIOR HOLLOWELL, SR.,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:08-cr-00076-RBS-JEB-1)

Submitted: November 2, 2012      Decided: November 6, 2012

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Junior Hollowell, Sr., Appellant Pro Se. Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Junior Hollowell, Sr. appeals the district court's order construing his successive 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction as a motion for reconsideration, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hollowell, No. 2:08-cr-00076-RBS-JEB-1 (E.D. Va. July 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED